# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Equal Employment Opportunity
Commission,

    Plaintiff

       vs.                            Case Number: 13-1240

Star Transport, Inc. and Star Leasing
Services, LLC,

    Defendants

## AMENDED
## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court.   The issues have been tried, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on 10/20/15 the issues were tried and the jury entered a verdict in favor of the Plaintiff, Equal Employment Opportunity Commission, and against the Defendants, Star Transport, Inc., and Star Leasing Services, LLC in the amount of $20,000 in compensatory damages and $100,000 in punitive damages for Claimant Mr. Mohamed and in the amount of $20,000 in compensatory damages and $100,000 in punitive damages for Claimant Mr. Bulshale, plus costs of suit. On 3/11/16, Judgment was entered in favor of the Plaintiff, Equal Employment Opportunity Commission, and against the Defendants, Star Transport, Inc., and Star Leasing Services, LLC.

**Dated:**   11/4/16

                                                     s/ Kenneth A. Wells
                                                     Kenneth A. Wells
                                                     Clerk, U.S. District Court